**Order filed November 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00399-CR
_____

**STATE OF TEXAS, Appellant**

**V.**

**ALFREDO CRUZ, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCR-076512**

## ORDER

On September 22, 2022, the court reporter, Marisol Ramos, notified this court that appellant had requested and made payment arrangements for preparation of a supplemental reporter's record. On October 13, 2022, appellant requested an extension of time to file its brief pending the supplemental reporter's record being filed in two weeks. The court has not received a request to extend time for filing the record. The supplemental reporter's record has not been filed with the court. Because the supplemental reporter's record has not been filed timely, we issue the following order.

We order Marisol Ramos, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.